

James A. Keller
Phone: (215) 972-1964
Fax: (215) 972-4152
James.Keller@saul.com
www.saul.com

December 4, 2024

**Via ECF**
Honorable Matthew J. Skahill, M.J.
United States District Court
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Street
Camden, NJ 08101

      RE:    Moretz v. The Trustees of Princeton University et al.
              No.: 1:21-cv-19822

Dear Judge Skahill:

      This firm represents Defendant The Trustees of Princeton University (the "University") in the above-captioned matter. On November 26, 2024, this Court scheduled a settlement conference for January 27, 2025. This Court has further permitted, per its order issued on September 9, 2024, both Plaintiff Laura Moretz and Defendant Michael Ryan to attend the settlement conference remotely via TEAMS.

      The University respectfully requests that the Court permit the University's client representative to attend the settlement conference remotely via TEAMS due to scheduling difficulties and because this Court has granted all other parties permission to attend remotely. Counsel for the University will attend the settlement conference in person. If the Court has any additional questions, please do not hesitate to contact my office.

      Thank you for your consideration in this matter.

SO ORDERED this 4th day of December 20 24

/s/ Matthew J. Skahill
Matthew J. Skahill, USMJ

Respectfully submitted,

/s/ James A. Keller

James A. Keller

Centre Square West ♦ 1500 Market Street, 38th Floor ♦ Philadelphia, PA 19102-2186
Phone: (215) 972-7777 ♦ Fax: (215) 972-7725

CALIFORNIA   DELAWARE   FLORIDA   ILLINOIS   MARYLAND   MASSACHUSETTS   MINNESOTA   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP