**SAUL EWING LLP**
James A. Keller, Esq.
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
(215) 972-1964
James.Keller@saul.com

**SAUL EWING LLP**
Fanta Freeman, Esq.
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
(215) 972-7764
Fanta.Freeman@saul.com
*Attorneys for The Defendant Trustees of Princeton University*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LAURA R. MORETZ,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TRUSTEES OF PRINCETON d/b/a PRINCETON UNIVERSITY; MICHAEL RYAN; DEFENDANT DOE 1-10; DEFENDANT DOE INSTITUTION 1-10,<br><br>　　　　Defendants. | Case No.: 1:21-cv-19822-ESK-MJS<br><br>**CERTIFICATION OF FANTA FREEMAN, ESQ. IN SUPPORT OF DEFENDANT THE TRUSTEES OF PRINCETON UNIVERSITY'S MOTION FOR AN ORDER ADMITTING FANTA FREEMAN, ESQ.** *PRO HAC VICE* |

55506541.1

1. I am an associate at the law firm of Saul Ewing LLP. My business address is Centre Square West, 1500 Market Street, 38th Floor, Philadelphia, PA 19102. My business telephone is (215) 972-7764.

2. I received my Juris Doctorate from the Kline School of Law – Drexel University in 2019.

3. I am a member in good standing of the bars of the following courts:

| State Court Admissions |||
| --- | --- | --- |
| State / Court | Date Admitted | ID Bar Number |
| Commonwealth of Pennsylvania | 2019 | 327558 |

| United States District Courts ||
| --- | --- |
| Court | Admission Date |
| U.S.D.C. Eastern District of Pennsylvania | 2019 |

4. The Disciplinary Board of the Supreme Court of Pennsylvania located at the following address maintains the roll of members of the Pennsylvania Bar who are in good standing:

> Supreme Court of Pennsylvania
> Room 468, City Hall
> Philadelphia, PA 19107

5. I am, and always have been, a member in good standing of all Courts to which I have been admitted.

55506541.1

6. There are not now nor have there ever been any disciplinary proceedings against me in any of the jurisdictions I am admitted to practice.

7. Having spoken directly with representatives of my client on this matter, I can represent to the Court that my client has full confidence in my legal abilities, and wishes for me to participate as its counsel in this proceeding.

8. In connection with my admission *pro hac vice*, I agree to abide by the requirements set forth in L. Civ. R. 101.1(c) and such further requirements as the Court may impose as a condition of my admission.

9. Pursuant to Local Civil Rule 7.1(d)(4), no brief is necessary in support of the Motion to Admit Counsel Fanta Freeman, Esq. *Pro Hac Vice*, because this Certification and the Certification of James A. Keller, Esq. include the legal citations and background information in support of the Motion, and it is not customary to submit a brief in support of a motion for admission *pro hac vice*.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____
Fanta Freeman, Esq.
**SAUL EWING LLP**
*Attorney for Defendant*
*The Trustees of Princeton University*

Dated: May 2, 2025

55506541.1