

James A. Keller
Phone: (215) 972-1964
Fax: (215) 972-4152
James.Keller@saul.com
www.saul.com

October 16, 2025

<u>Via E-Filing</u>

Honorable Matthew J. Skahill
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Room 2040
Camden, NJ  08101

  Re: Moretz v. The Trustees of Princeton University, et al.
     DCNJ Case No.: 3:21-cv-19822

Dear Judge Skahill:

  This firm represents Defendant the Trustees of Princeton University (the "University") (incorrectly named as "The Trustees of Princeton") in the above-captioned matter which is scheduled for a telephone Status Conference today, October 16, 2025 at 1:30 p.m. The parties are continuing to discuss settlement negotiations and would therefore request a one week continuance of the Status Conference. We have consulted with counsel and they consent to this request.

  Thank you for your attention to this matter.

                 Sincerely,

                 James A. Keller

JAK/rm
Enclosure

Centre Square West ♦ 1500 Market Street, 38th Floor ♦ Philadelphia, PA 19102-2186
Phone: (215) 972-7777 ♦ Fax: (215) 972-7725

DELAWARE   FLORIDA   ILLINOIS   MARYLAND   MASSACHUSETTS   MINNESOTA   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

56562512.1