

John Baldante ϕ
Martin G. Rubenstein ◊
Kyle J. Keller ϕ
Gabriel C. Magee ¥
Stacy L. Hughes ϕ
Daniella R. Price ϕ
Jamie L. Hutchinson ϕ
Caroline R. Goldstein ϕ
Aron Minkoff ⅄
_____
*Of Counsel:*
Mark S. Levy ★
Lawrence D. Finney ⅄◊
Stephen C. Rubino

★ *Certified by the Supreme Court of New Jersey as a Civil Trial Attorney*
⅄ *National Board of Trial Advocacy Certified Civil Trial Attorney*
ϕ *Member of Pennsylvania & New Jersey Bar*
¥ *Member of Pennsylvania, New Jersey & Washington DC Bar*
⅄ *Member of Pennsylvania, New York & New Jersey Bar*
◊ *Member of Pennsylvania Bar Only*

89 North Haddon Avenue
Suite D
Haddonfield, NJ 08033

(800) 601-1616
(856) 424-8967
(856) 795-9806 (Fax)
www.BRattorneys.com

*Philadelphia Office*
Rittenhouse Square
1845 Walnut Street
Suite 1300
Philadelphia, PA 19103
(215) 735-1616
(215) 545-2642 (Fax)

*Attorney Cell Phone*
(215) 370-0648

*Attorney Email*
Baldante@BRattorneys.com

October 29, 2025

<u>**Via e-Filing**</u>
Honorable Matthew J. Skahill, USMJ
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets - Room 2040
Camden, NJ 08101

        RE:    **Moretz v. Trustees of Princeton University, et al.**
                **Civil Docket No.:**    **1:21-cv-19822**
                **Our File No.:**        **45985.879**

Dear Judge Skahill:

      Our office represents Plaintiff Laura Moretz in the above-captioned matter. We write to respectfully request a conference with the Court pursuant to the offer extended by defense counsel.

      As the Court is aware, during Monday's conference, defense counsel requested that Plaintiff's counsel be excused from the call in order to speak with the Court privately. Following that private discussion, we received a settlement offer from defense counsel. We believe it would be beneficial to have an opportunity to speak with the Court privately to discuss the status of this matter.

      We are available at the Court's convenience. Please advise if the Court would like our office to contact chambers directly to arrange a mutually convenient time, or if the Court prefers to schedule the conference through alternative means.

      Thank you for Your Honor's kind consideration of this request.

                              Respectfully submitted,

                              */s/ John W. Baldante*
                              John W. Baldante, Esquire
                              Daniella R. Price, Esquire

JWB/DRP:cac
    cc:    Alexander R. Bilus, Esquire
            Steven Pontell, Esquire